# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERNANDEZ, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>NEOVIA LOGISTICS SERVICES, LLC, a Delaware Limited Liability Company; NEOVIA LOGISTICS DISTRIBUTION, LP, a Delaware Limited Partnership; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-01221-PA-SHK<br><br>Assigned to Hon. Judge Percy Anderson<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: March 2, 2023<br>Removal Date:　June 23, 2023<br><br>Class Cert Filing Date: 12/29/23<br>Discovery Cut-off Date: 5/6/24<br>Pre-Trial Conference Date: 6/21/24<br>Jury Trial Date: 7/16/24 |

The Court, having reviewed the Stipulation to Remand Removed Action, entered into between Plaintiff Ruben Hernandez and Defendants Neovia Logistics Services, LLC and Neovia Logistics Distribution, LP, and with GOOD CAUSE appearing therefore, the Court orders as follows:

1. The Stipulation is approved and the request for remand is granted.
2. Central District of California Case No. 5:23-cv-01221-PA-SHK is hereby REMANDED to the Superior Court for the State of California for the County of San Bernardino.

IT IS SO ORDERED.

DATED: January 04, 2024

_____
Percy Anderson
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION